UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUANE GRZESLO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>RAYTHEL FISHER, Warden,<br><br>　　　　Respondent. | NO. CV 19-9049-MCS (AGR)<br><br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　Petitioner argues that the Report ignored that he is "left-handed since birth."  (Obj. at 7:15.)  Petitioner does not cite any trial evidence on that point.  The jury heard evidence regarding Petitioner's use of his right and left hands.  (Reporter's Transcript ("RT") 7259:23-7260:2, 7262:24-27, 7813:5-11, 7813:26-

7814:2, 7814:13-18, 7890:20-7891:1, 8218:16-17.)

Petitioner's objections appear to raise a new ground for relief based on the alleged absence of search warrants for his residence, car or storage unit. There is no indication that this new ground for relief was exhausted before the California Supreme Court. Federal habeas relief is generally not available for unexhausted grounds. 28 U.S.C. § 2254(b)(1). Moreover, the record indicates the People produced the search warrant for the storage unit; the search warrant for his residence and car, and the victim's residence and car; and the return. (RT 2412:8-14, 5105:24-25, 5106:10-16, 5116:13-15, 5413:3-8, 5724:10-18, 5725:6-8.) There was testimony about search warrants. (RT 7532:17-20, 7575:21-27, 7829:24-7830:15, 7854:21-23, 8197:11-15.) In addition, federal habeas relief is not available for alleged violations of the Fourth Amendment when, as here, the state provided an opportunity for full and fair litigation of a claim that evidence obtained in an unconstitutional search or seizure was introduced at trial. *Stone v. Powell*, 428 U.S. 465, 494 (1976).

Petitioner's remaining objections are without merit.[1]

IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus on the merits and dismissing this action with prejudice.

DATED: March 29, 2021

*Mark C. Scarsi*
MARK C. SCARSI
United States District Judge

---

[1] Petitioner contends that Detective Delhauer was found to have been "involved in producing false evidence" in *Vuong v. Dexter*, 2009 U.S. Dist. LEXIS 76664 (C.D. Cal. Apr. 15, 2009). The court has not located any such finding in that case.