JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUANE GRZESLO,<br><br>    Petitioner,<br><br>    v.<br><br>RAYTHEL FISHER, Warden,<br><br>    Respondent. | NO. CV 19-9049-MCS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied on the merits and dismissed with prejudice.

DATED: March 29, 2021

_____
MARK C. SCARSI
United States District Judge